# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 07-MC-9205-MO |
| Petitioner, | |
| v. | ORDER |
| DIANE J. SANDERLIN | |
| Respondent. | |

Upon the motion of Petitioner United States, this action is dismissed without prejudice.

DATED: 18 Dec. '07

_____
HONORABLE MICHAEL W. MOSMAN
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: November 26, 2007

KARIN J. IMMERGUT
United States Attorney
District of Oregon
Oregon State Bar No. 96314

*/s/ James E. Cox, Jr.*
JAMES E. COX, JR.
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:   (503) 727-1026
Facsimile:    (503) 727-1117
jim.cox@usdoj.gov
      Attorneys for Petitioner

**Page 1**    Order
*United States v. Sanderlin*, 07-MC-9205-MO